IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:08-cr-1087-RBH |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **MUSTAPHA REMMANE** | ) | **(Dismissing Indictment)** |
| **LI MIN CHU** | | |

**UPON MOTION** of the United States of America by and through its counsel,

**IT IS HEREBY ORDERED AND DECREED** that the Indictment, Criminal Number 4:08-cr-1087, filed October 28, 2008, against the Defendants, MUSTAPHA REMMANE and LI MIN CHU, be and the same is hereby dismissed without prejudice.

November 4, 2019  
Florence, South Carolina

s/R. Bryan Harwell  
R. Bryan Harwell  
Chief United States District Judge